UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH D. WARD )<br>F/K/A DEBORAH D. WILLIAMS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant )<br>_____) | CASE NO. 04-10730RWZ |

## AFFIDAVIT OF SERVICE

The undersigned, attorney for the Plaintiff in the above-entitled matter, hereby state that service was made upon the Defendant, United States of America, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure in the following manner:

1. By having served a copy of the summons and complaint to Michael J. Sullivan, United States Attorney. The summons together with the Return of Service by the Suffolk Sheriff's Office is attached hereto and marked "Exhibit A".

2. By sending a copy of the summons and complaint by certified mail, return receipt requested, to the Civil Process Clerk at the office of the United States Attorney. The letter of transmittal together with the certified mail receipts are attached hereto as "Exhibit B".

3. By sending a copy of the summons and complaint by certified mail, return receipt requested, to The Honorable John D. Ashcroft, Attorney General of the United States. The letter of transmittal together with the certified mail

receipts are attached hereto as "Exhibit C".

4.   By sending a copy of the summons and complaint by certified mail, return receipt requested, to Ms. Janet B. Hooke, United States Postal Service. The letter of transmittal together with the certified mail receipts are attached hereto as "Exhibit D".

Signed under the pains and penalties of perjury.

DATED: June 3, 2004

*Elizabeth A. Di Loreto*
Elizabeth A. Di Loreto
Attorney for the Plaintiff
Di Loreto & Di Loreto
582 Washington Street
Dorchester, Massachusetts 02124
(617) 265-5888
BBO#: 124740