**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

# NOTICE

Please take notice that the civil action cases on the attached list pending in Boston have been transferred to JUDGE NATHANIEL M. GORTON for all further proceedings. From this date forward the number on all pleadings should be followed by the letters NMG to indicate assignment of the case to JUDGE GORTON. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letters on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Gorton.

Questions concerning cases assigned to Judge Gorton may be directed to Craig Nicewicz, Courtroom Deputy at (617) 748-9158.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By: /s/ LISA URSO
Deputy Clerk

Date: JUNE 24. 2004

Copies to: Counsel

Boston Civil Cases to be Reassigned to Judge Gorton

| DOCKET | DATE FILED | CASE TITLE |
|---|---|---|
| Judge : Zobel | | |
| 1:02cv10037 | 01/09/2002 | Marshall v. Maloney |
| 1:02cv10508 | 03/21/2002 | Shawsheen Valley v. Bureau of Special, et al |
| 1:02cv12037 | 10/18/2002 | O'Grady v. National Railroad |
| 1:03cv10130 | 01/17/2003 | Pelletier v. Main Street Textiles, et al |
| 1:03cv10555 | 03/27/2003 | Tower Ventures, Inc. v. Town of Randolph, et |
| 1:03cv10813 | 05/01/2003 | Comcast of MA, Inc., et al v. Cook, et al |
| 1:03cv11035 | 06/02/2003 | The Phoenix Insurance Company v. Shannon et a |
| 1:03cv11345 | 07/18/2003 | Jenzabar, Inc. v. Dynamic Campus Solutions, L |
| 1:03cv11541 | 08/20/2003 | Ocean Resources, Inc. et al v. Alaska Diesel |
| 1:03cv11649 | 09/05/2003 | DirectTV,Inc v. Liang |
| 1:03cv12170 | 11/05/2003 | Leitzes v. Provident Life and Accident Corpor |
| 1:03cv12410 | 12/01/2003 | Peter Mayes v. Woods Hole Oceanographic Insti |
| 1:03cv40181 | 07/31/2003 | v. Bramson et al |
| 1:04cv10335 | 02/18/2004 | McCarthy v. McLane Company, Inc. et al |
| 1:04cv10639 | 04/02/2004 | Troiani v. City of Somerville et al |
| 1:04cv10730 | 04/12/2004 | Ward v. USA |
| 1:04cv10947 | 05/12/2004 | Saad v. Way et al |

Total Cases for Judge
---------------------
17