## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Deborah D. Ward,
                    Plaintiff


v.                                          Civil Action No. 04-10730NMG


United States of America,
                    Defendant


<u>SETTLEMENT ORDER OF DISMISSAL</u>


<u>GORTON, D.J.</u>

     The Court having been advised counsel for the plaintiff report this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.


                                                 By the Court,

                                                 /S/ Craig J. Nicewicz

<u>7/27/04  </u>                                      _____
   Date                                          Craig J. Nicewicz
                                              Courtroom Clerk