UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH WARD,

    Plaintiff,

       v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No.
04-10730-RWZ

## STIPULATION OF DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

Respectfully submitted,

For the Plaintiff,

For the Defendant,

By its attorney,

MICHAEL J. SULLIVAN,
United States Attorney

Elizabeth A. Di Loreto, Esq.
Di Loreto & Di Loreto
582 Washington Street
Codman Square
Dorchester, MA 02124
(617) 265-5888

CHRISTOPHER ALBERTO
Assistant U.S. Attorney
1 Courthouse, Suite 9200
Boston, MA 02210
(617) 748-3311

Dated: 7/27/04

1